| 400P06-4 | State v. Billy Ray Morrison | Def's *Pro Se* Motion for PDR (COAP11-575) | Dismissed |
|---|---|---|---|
| 401P12 | State v. Cleveland S. Harris | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-753)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 402A12 | State v. Roderick Tynell Richardson | 1. Def's Pro Se NOA Based Upon a Constitutional Question (COA11-1581)<br><br>2. State's Motion to Dismiss Appeal (COA11-1581) | 1. See Special Order **12/17/12**<br><br>2. See Special Order **12/17/12** |
| 402P11-4 | Sylvester Eugene Harding, III v. State of North Carolina | 1. Def's *Pro Se* Motion for NOA (COA11-161)<br><br>2. Def's *Pro Se* PWC to Review the Decision of COA | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed |
| 405P12 | State v. Vernon David McAllister | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1515) | Denied<br><br>**Beasley, J., Recused** |
| 407P12 | In the Matter of: M.G.C. | 1. Respondent Father's PDR Under N.C.G.S. § 7A-31 (COA12-296)<br><br>2. Petitioner-Mother's Motion to Deem PDR Timely Filed | 1. Denied<br><br>2. Allowed |
| 408P12 | Kimberly Cullen and William G. Harrison, Sr. v. Emanuel & Dunn, PLLC, a North Carolina professional limited liability company and N.C.G.S. § 75D-3(a) association-in-fact; Lee W. Bettis, Jr., Esq.; Robert L. Emanuel, Esq.; Raymond E. Dunn, Esq.; and Stephen A. Dunn, Esq. | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-921) | Denied<br><br><br><br>**Parker, C.J., Recused** |